**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2497**

---

CHARLES A. ALLEN,

Plaintiff - Appellant,

versus

PARRIS N. GLENDENING; KURT L. SCHMOKE; ALVIN
C. COLLINS,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
95-1960-S)

---

Submitted: January 11, 1996      Decided: January 23, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles A. Allen, Appellant Pro Se. Steven David Keller, Assistant
Attorney General, Baltimore, Maryland; William Rowe Phelan, Jr.,
OFFICE OF THE CITY SOLICITOR, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Allen v. Glendening</u>, No. CA-95-1960-S (D. Md. July 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>